# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2990 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 95 DB 2023 |
| v. | : | |
| YALE DARRAN WEINSTEIN, | : | Attorney Registration No. 89678 |
| Respondent | : | |
| | : | (Chester County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of July, 2023, the Joint Petition for Emergency Temporary Suspension is granted, and Yale Darran Weinstein is placed on immediate temporary suspension until further definitive action by this Court. *See* Pa.R.D.E. 208(f)(1). It is further provided that:

1. Respondent shall comply with the provisions of Pa.R.D.E. 217;

2. The President Judge of the Court of Common Pleas of Chester County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which he is involved, *see* Pa.R.D.E. 217(g); and

3. All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action.

This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").